**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
9   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  BENJAMIN ELLIS,                           No. C 07-00665 **SBA** (PR)
12          Plaintiff,                        **AMENDED** ORDER GRANTING
                                              PLAINTIFF'S MOTION FOR LEAVE TO
13      v.                                    FILE AMENDED COMPLAINT
14  K. HAGER, et al.,
15          Defendants.
                                      /
16

17      In this pro se civil rights action, Plaintiff has filed a motion for leave to file an amended
18  complaint.
19      A plaintiff may amend his complaint once as a matter of course at any time before a
20  responsive pleading is served. See Fed. R. Civ. P. 15(a).  Where a plaintiff seeks to amend after a
21  responsive pleading has already been served, however, the decision whether to grant leave to amend
22  is committed to the sound discretion of the trial court. Waits v. Weller, 653 F.2d 1288, 1290 (9th
23  Cir. 1981).  Federal Rule of Civil Procedure 15(a) is to be applied liberally in favor of amendments
24  and, in general, leave shall be freely given when justice so requires. Janicki Logging Co. v. Mateer,
25  42 F.3d 561, 566 (9th Cir. 1994).
26      The Court notes that the defendants in this action have not been served at this time. Plaintiff
27  may as a matter of course amend his complaint because a responsive pleading has not yet been
28

1  served. See Fed. R. Civ. P. 15(a). Accordingly, Plaintiff's motion for leave to file an amended
2  complaint is GRANTED.
3      The Clerk of the Court is directed to file the document attached to Plaintiff's motion as
4  "Exhibit 6," which is labeled "Summons -- Second Amended [Complaint]," and docket the
5  aforementioned document as Plaintiff's "Amended Complaint." The Clerk of Court is further
6  directed to mark the Amended Complaint as filed on June 21, 2007, the date it was received by the
7  Court. The Court will review Plaintiff's Amended Complaint in a separate written order.
8      This Order terminates Docket no. 6.
9      IT IS SO ORDERED.
10 DATED: 7/31/07

*Saundra B Armstrong*
**SAUNDRA BROWN ARMSTRONG**
UNITED STATES DISTRICT JUDGE

*United States District Court*
*For the Northern District of California*

P:\PRO-SE\SBA\CR.07\Ellis0665.grantLV2amend-AMorder