1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

        Plaintiff,

  v.

K. HAGER, et al.,

        Defendants.

_____/

No. C 07-00665 SBA (PR)

**ORDER GRANTING DEFENDANTS'
MOTION TO SCREEN AMENDED
COMPLAINT PURSUANT TO 28 U.S.C.
§ 1915A**

     Plaintiff, a state prisoner, filed this action as a civil action in the Monterey County Superior Court. Defendants have removed the action to this Court pursuant to 28 U.S.C. § 1441(b). Plaintiff has since amended his complaint. In an Amended Order dated August 1, 2007, the Court granted Plaintiff's motion for leave to file an amended complaint.

     Defendants, who are represented by the State Attorney General's Office,[1] have filed a motion asking the Court to screen the amended complaint under 28 U.S.C. § 1915A.

     Cases brought under 42 U.S.C. § 1983, as this one is, may properly be brought in either state or federal court. See Patsy v. Bd. of Regents of State of Fl., 457 U.S. 496, 506-07 (1982). However, a defendant may remove to the appropriate federal district court "any civil action brought in a State court of which the district courts of the United States have original jurisdiction." Chicago v. Int'l Coll. of Surgeons, 522 U.S. 156, 163 (1997) (quoting 28 U.S.C. § 1441(a)). The propriety of removal thus depends on whether the case originally could have been filed in federal court. See id. Removal does not require court action, but rather is effective upon the defendant's filing of a notice of removal. See 28 U.S.C. § 1446(d).

_____

    [1] Deputy Attorney General Kenneth T. Roost represents and has acknowledged service on behalf of Defendants Hager and Avelino. Although "Comfort Care Manufacturer/Supplier" has been named as a Defendant, that Defendant has not been served.

1       Because this case is filed by a prisoner, the Court must engage in a preliminary screening of

2 the amended complaint.

3       Accordingly, Defendants' motion to screen the amended complaint is GRANTED.  The

4 Court will conduct its initial review of the amended complaint pursuant to 28 U.S.C. § 1915A in a

5 separate written Order.

6       This Order terminates Docket no. 11.

7       IT IS SO ORDERED.

8 DATED: 3/4/08

                                     *Saundra B Armstrong*

9                              SAUNDRA BROWN ARMSTRONG
                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN ELLIS,

       Plaintiff,

  v.

K HAGER et al,

       Defendant.

_____/

Case Number: CV07-00665 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Benjamin F. Ellis P-16230
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: March 5, 2008

                          Richard W. Wieking, Clerk
                          By: LISA R CLARK, Deputy Clerk